[No. 5744.]

# M. R. C. PULLIAM ET AL. v. CHEROKEE FLAT BLUE GRAVEL COMPANY.

EVIDENCE—DOMINION AND CONTROL.— The fact that a party has made application to the United States Land Office to obtain title to certain premises does not tend, even in the most remote degree, to show that such party ever had or exercised dominion and control over the premises.

APPEAL from the District Court of the Second Judicial District, County of Butte.

Plaintiff appeals.

Action to quiet title to certain mining ground. Several grounds of error were relied upon; but as the opinion goes to only one of them, a further statement is unnecessary.

*Belcher & Belcher*, for Appellant.

*P. O. Hundley*, for Respondent.

By the COURT:

The corporation defendant was permitted, against the objection of plaintiff, to prove that it had made an application at the United States Land Office to obtain the title to the premises in controversy. The avowed purpose of this proof was to show that the defendant had exercised control and dominion over the premises. But the circumstance that such an application has been filed in the Land Office did not tend, even in the remotest degree, to show the exercise by the applicant of control over the premises.

Judgment and order denying a new trial reversed, and cause remanded for a new trial.

Remittitur forthwith.